Fill in this information to identify your case:

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____  Chapter __11__

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **GRAND CANYON DESTINATIONS, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 47-3384082 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **8020 S. Rainbow Blvd., Suite 100-458**<br>**Las Vegas, NV 89139**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Clark**<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)    **grandcanyondestinations.com**

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor **GRAND CANYON DESTINATIONS, LLC**      Case number (*if known*)
_____
Name

---

**7. Describe debtor's business**

**A.** *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

**B.** *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

     4855

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply*:

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| District | | When | | Case number | |
|----------|--|------|--|-------------|--|
| District | | When | | Case number | |

---

Debtor **GRAND CANYON DESTINATIONS, LLC**                    Case number *(if known)* _____
      Name

| | |
|---|---|
| **10.** Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ■ No<br>☐ Yes. |

List all cases. If more than 1, attach a separate list

Debtor _____                                    Relationship _____

District _____    When _____    Case number, if known _____

**11.** Why is the case filed in *this district?*    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** Does the debtor own or have possession of any real property or personal property that needs immediate attention?

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**    _____
                              Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency    _____

          Contact name    _____

          Phone    _____

---

### Statistical and administrative information

**13.** Debtor's estimation of available funds    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

| **14.** Estimated number of creditors | ☐ 1-49<br>■ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|
| **15.** Estimated Assets | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| **16.** Estimated liabilities | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor   **GRAND CANYON DESTINATIONS, LLC**                    Case number (*if known*)
         Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million      ☐ More than $50 billion

| Debtor | **GRAND CANYON DESTINATIONS, LLC** | | Case number (if known) |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    2 / 3 /2023
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

**Anthony Dobbs**
Printed name

Title    **President**

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date 2 | 3 /2023
MM / DD / YYYY

**Candace C. Carlyon**
Printed name

**Carlyon Cica Chtd.**
Firm name

**265 E. Warm Springs Road**
**Suite 107**
**Las Vegas, NV 89119**
Number, Street, City, State & ZIP Code

Contact phone    **7026854444**      Email address    **ccarlyon@carlyoncica.com**

**2666 NV**
Bar number and State

# GRAND CANYON DESTINATIONS LLC

Balance Sheet

As of November 30, 2022

| | TOTAL |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| Blue Vine OP x6209 | -29,043.34 |
| Blue Vine OP2 x5763 | -36,225.85 |
| Blue Vine PR x6266 | -2,251.47 |
| Cash for Deposit | 1,108.77 |
| Emburse | 22,059.10 |
| GCD - US BANK 5736 | 8,941.07 |
| GCD PAYROLL 1324 | 0.58 |
| Mercury OP x5847 | 91.14 |
| PayPal | 2,329.05 |
| **Total Bank Accounts** | **$ -32,990.95** |
| Other Current Assets | |
| Deferred Interest | 252.26 |
| Prepaid Expenses | 30,228.61 |
| **Total Other Current Assets** | **$30,480.87** |
| **Total Current Assets** | **$ -2,510.08** |
| Fixed Assets | |
| Accumulated Depreciation | -151,011.00 |
| Auto | 152,059.76 |
| Computer Equipment | 29,400.00 |
| Furniture and Fixtures | 29,723.00 |
| Office Equipment | 21,788.00 |
| **Total Fixed Assets** | **$81,959.76** |
| Other Assets | |
| NOTE RECEIVABLE - New Charters Nevada | 1,789,178.00 |
| **Total Other Assets** | **$1,789,178.00** |
| **TOTAL ASSETS** | **$1,868,627.68** |

# GRAND CANYON DESTINATIONS LLC

## Balance Sheet
### As of November 30, 2022

|  | TOTAL |
|---|---|
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Credit Cards | |
| CREDIT CARDS | |
| AMEX -92000 | 20,469.86 |
| Navy FCU 8197 | 24,630.21 |
| US Bank Acct 2796 (CC Is 2804) | 27,224.46 |
| **Total CREDIT CARDS** | **72,324.53** |
| **Total Credit Cards** | **$72,324.53** |
| Other Current Liabilities | |
| LINES OF CREDIT | |
| Business Loan-Business Finance | 73,237.35 |
| N/P - Kabbage | 5,609.91 |
| **Total LINES OF CREDIT** | **78,847.26** |
| Payroll Liabilities | -54.04 |
| Federal Taxes (941/943/944) | 7,723.54 |
| Federal Taxes (941/944) | 96,602.81 |
| Federal Unemployment (940) | 1,905.38 |
| NV Unemployment Tax | -1,846.71 |
| **Total Payroll Liabilities** | **104,330.98** |
| **Total Other Current Liabilities** | **$183,178.24** |
| **Total Current Liabilities** | **$255,502.77** |
| Long-Term Liabilities | |
| LEGAL LIABILITIES | |
| DEMAND - PEOPLE'S CAPITAL & LEASING | 336,924.67 |
| JUDGEMENT - 1ST SOURCE BANK | 758,241.62 |
| N/P - Y. Tang / Y-Travel | 30,228.61 |
| **Total LEGAL LIABILITIES** | **1,125,394.90** |
| LOANS - VEHICLE | |
| N/P - MBFS | 80,501.32 |
| N/P - MBFS (04583) | 44,917.25 |
| **Total LOANS - VEHICLE** | **125,418.57** |
| LOANS - WORKING CAPITAL | |
| N/P - Live Oak Bank (PPP Loan 2) | 104,467.26 |
| N/P - Live Oak Bank (PPP Loan) | 30,739.08 |
| N/P - SBA (EIDL) | 2,000,000.00 |
| **Total LOANS - WORKING CAPITAL** | **2,135,206.34** |
| **Total Long-Term Liabilities** | **$3,386,019.81** |
| **Total Liabilities** | **$3,641,522.58** |

# GRAND CANYON DESTINATIONS LLC

### Balance Sheet

As of November 30, 2022

|  | TOTAL |
|---|---|
| Equity |  |
| Members Equity | -413,492.46 |
| Paid-in capital | 207,511.02 |
| Net Income | -1,566,913.46 |
| **Total Equity** | **$ -1,772,894.90** |
| **TOTAL LIABILITIES AND EQUITY** | **$1,888,627.68** |

# GRAND CANYON DESTINATIONS LLC

### Profit and Loss

### January - November, 2022

| | TOTAL |
|---|---:|
| Income | |
| Management Income | 526,263.46 |
| Refund | -14,982.99 |
| Revenues - Tours | 2,853,564.34 |
| **Total Income** | **$3,364,844.81** |
| Cost of Goods Sold | |
| Charter Services | 1,375,456.98 |
| Tour Expenses | 52,197.82 |
| **Total Charter Services** | 1,427,654.80 |
| Entrance fees | 859,461.77 |
| Meals | 711,344.66 |
| Other Costs of Services - COS | |
| Adventure Photo | 31.47 |
| **Total Other Costs of Services - COS** | 31.47 |
| Step on Guides | 73,176.14 |
| **Total Cost of Goods Sold** | **$3,071,668.84** |
| **GROSS PROFIT** | **$293,175.97** |
| Expenses | |
| Accounting fees | 20,800.00 |
| Advertising and Promotions | 164,201.30 |
| AutoAthens - Auto tires | 47.65 |
| Bank fees | 1,884.43 |
| Computer Services | 5,561.00 |
| Concierge Commission | 6,033.55 |
| Consulting | 219.17 |
| Cost of Labor | 4,719.62 |
| Credit card processing fees | 30,951.84 |
| Drivers Commission | 200.00 |
| Drivers Supplies | 288.80 |
| Dues & Subscriptions | 174.00 |
| Entertainment and Meals | 719.93 |
| Equipment Lease | 1,097.82 |
| Fuel/DEF/Oil | 287.65 |
| Hiring fees | 26,018.16 |
| Insurance - Health | 22,529.59 |
| Insurance - Workers Comp | 3,480.00 |
| Maintenance | 494.64 |
| Miscellaneous refundsu | 5,420.60 |
| Office Cleaning | 2,910.00 |

# GRAND CANYON DESTINATIONS LLC

## Profit and Loss

### January - November, 2022

| | TOTAL |
|---|---|
| Office Supplies | 7,291.61 |
| Office/General Administrative Expenses | 1,194.03 |
| Virtual Assistant | 65,172.40 |
| **Total Office/General Administrative Expenses** | **66,366.43** |
| Parking | -1,726.00 |
| Payroll Expenses | |
| Shareholder Salary | 32,000.00 |
| Taxes | 23,665.45 |
| Wages | 235,558.71 |
| **Total Payroll Expenses** | **291,224.16** |
| Payroll taxes | 4,207.90 |
| Postage | 1,282.81 |
| Professional fees | |
| Legal fees | 56,640.00 |
| **Total Professional fees** | **56,640.00** |
| Reimbursements | 2,539.38 |
| Rent - Office | 20,416.17 |
| Rent - Storage | 936.00 |
| Repair & Maintenance | 1,447.12 |
| Security | 305.79 |
| Taxes and licenses | 2,806.00 |
| Telephone | 9,292.56 |
| Cell Phone | 2,599.17 |
| **Total Telephone** | **11,891.73** |
| Unapplied Cash Bill Payment Expense | 1,729.25 |
| Uniforms | 831.80 |
| Utilities | 1,706.90 |
| Website expenses | 3,783.53 |
| Yard Rent | -1,390.00 |
| **Total Expenses** | **$770,330.33** |
| **NET OPERATING INCOME** | **$ -477,154.36** |
| Other Income | |
| Interest Income | 446.05 |
| Rebate Income | 8,170.36 |
| **Total Other Income** | **$8,616.41** |
| Other Expenses | |
| Adverse Judgement | 1,095,166.29 |
| Donation | 115.00 |
| Fraud | 438.00 |

# GRAND CANYON DESTINATIONS LLC

Profit and Loss

January - November, 2022

|  | TOTAL |
|---|---|
| Interest Expense | |
| Interest Expense-Business Loan | 2,656.22 |
| **Total Interest Expense** | **2,656.22** |
| **Total Other Expenses** | **$1,098,375.51** |
| **NET OTHER INCOME** | **$ -1,089,759.10** |
| **NET INCOME** | **$ -1,586,913.46** |

| Form **1120** | | **U.S. Corporation Income Tax Return** | | OMB No. 1545-0123 |
|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | For calendar year 2021 or tax year beginning _____ , 2021, ending _____ , 20 _____ ▶ **Go to** *www.irs.gov/Form1120* **for instructions and the latest information.** | | **2021** |

| **A** Check if: | | Name | | **B** Employer Identification number |
|---|---|---|---|---|
| **1a** Consolidated return (attach Form 851) · · ☐ | | Grand Canyon Destinations LLC | | 4082 |
| **b** Life/nonlife consolidated return · · · ☐ | **TYPE** | | | **C** Date Incorporated |
| **2** Personal holding co. (attach Sch. PH) · ☐ | **OR** | Number, street, and room or suite no. If a P.O. box, see instructions. | | 03-11-2015 |
| **3** Personal service corp. (see instructions) · ☐ | **PRINT** | 8020 S Rainbow Blvd Ste 100-458 | | **D** Total assets (see instructions) |
| **4** Schedule M-3 attached ☐ | | City or town, state or province, country and ZIP or foreign postal code | | |
| | | Las Vegas                NV     89139 | | $              417,793 |

**E** Check if: **(1)** ☐ Initial return  **(2)** ☐ Final return  **(3)** ☐ Name change  **(4)** ☐ Address change

| | | | | | |
|---|---|---|---|---|---|
| **Income** | **1a** | Gross receipts or sales . . . . . . . . . . . . . . . . . . . . . . | **1a** | 1,583,598 | |
| | **b** | Returns and allowances . . . . . . . . . . . . . . . . . . . . . | **1b** | 10,237 | |
| | **c** | Balance. Subtract line 1b from line 1a . . . . . . . . . . . . . . . . . . . . . . . | **1c** | | 1,573,361 |
| | **2** | Cost of goods sold (attach Form 1125-A) . . . . . . . . . . . . . . . . . . . . . . | **2** | | 1,159,444 |
| | **3** | Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . . . . . . . . . . . ▶ | **3** | | 413,917 |
| | **4** | Dividends and inclusions (Schedule C, line 23) . . . . . . . . . . . . . . . . . . . | **4** | | |
| | **5** | Interest . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **5** | | |
| | **6** | Gross rents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | | |
| | **7** | Gross royalties . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **7** | | |
| | **8** | Capital gain net income (attach Schedule D (Form 1120)) . . . . . . . . . . . . . . . | **8** | | |
| | **9** | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) . . . . . . . . . . . | **9** | | |
| | **10** | Other income (see instructions - attach statement) . . . . . . . . . . . . Statement #1. | **10** | | 10,012 |
| | **11** | **Total income. Add lines 3 through 10** . . . . . . . . . . . . . . . . . . . . . . ▶ | **11** | | 423,929 |
| **Deductions (See instructions for limitations on deductions.)** | **12** | Compensation of officers (see instructions - attach Form 1125-E) . . . . . . . . . . . ▶ | **12** | | |
| | **13** | Salaries and wages (less employment credits) . . . . . . . . . . . . . . . . . . . | **13** | | 165,638 |
| | **14** | Repairs and maintenance . . . . . . . . . . . . . . . . . . . . . . . . . . . | **14** | | 2,418 |
| | **15** | Bad debts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **15** | | |
| | **16** | Rents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **16** | | 16,980 |
| | **17** | Taxes and licenses . . . . . . . . . . . . . . . . . . . . . . . Wks. Tax/Lic. | **17** | | 15,854 |
| | **18** | Interest (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . | **18** | | 15,395 |
| | **19** | Charitable contributions . . . . . . . . . . . . . . . . . . . . . . . . . . . | **19** | | |
| | **20** | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) . . . . . | **20** | | 25,815 |
| | **21** | Depletion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **21** | | |
| | **22** | Advertising . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **22** | | 31,904 |
| | **23** | Pension, profit-sharing, etc., plans . . . . . . . . . . . . . . . . . . . . . . . | **23** | | |
| | **24** | Employee benefit programs . . . . . . . . . . . . . . . . . . . . . . . . . . | **24** | | 27,643 |
| | **25** | Reserved for future use . . . . . . . . . . . . . . . . . . . . . . . . . . . | **25** | | |
| | **26** | Other deductions (attach statement) . . . . . . . . . . . . . . . . . Statement #5. | **26** | | 152,107 |
| | **27** | **Total deductions. Add lines 12 through 26** . . . . . . . . . . . . . . . . . . . ▶ | **27** | | 453,754 |
| | **28** | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 . . . . | **28** | | (29,825) |
| | **29a** | Net operating loss deduction (see instructions) . . . . . . . . . . | **29a** | | |
| | **b** | Special deductions (Schedule C, line 24) . . . . . . . . . . | **29b** | | |
| | **c** | Add lines 29a and 29b . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **29c** | | |
| **Tax, Refundable Credits, & Payments** | **30** | **Taxable income.** Subtract line 29c from line 28. See instructions . . . . . . . . . . . . . | **30** | | (29,825) |
| | **31** | Total tax (Schedule J, Part I, line 11) . . . . . . . . . . . . . . . . . . . . . . | **31** | | 0 |
| | **32** | Reserved for future use . . . . . . . . . . . . . . . . . . . . . . . . . . . | **32** | | |
| | **33** | Total payments and credits (Schedule J, Part III, line 23) . . . . . . . . . . . . . . . | **33** | | |
| | **34** | Estimated tax penalty. See instructions. Check if Form 2220 is attached . . . . . . . . ▶ ☐ | **34** | | |
| | **35** | Amount owed. If line 33 is smaller than the total of lines 31 and 34, enter amount owed . . . . . . . . | **35** | | |
| | **36** | Overpayment. If line 33 is larger than the total of lines 31 and 34, enter amount overpaid . . . . . | **36** | | |
| | **37** | Enter amount from line 36 you want: **Credited to 2022 estimated tax** ▶ _____ **Refunded** ▶ | **37** | | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| | | May the IRS discuss this return with the preparer shown below? See instructions. ☐ Yes ☒ No |
|---|---|---|
| ▶ _____ Anthony S Dobbs | ▶ _____ President | |
| Signature of officer | Date        Title | |

| **Paid Preparer Use Only** | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|---|
| | Teresa A Janssen, EA | Teresa A Janssen, EA | 12-13-2022 | | P01304537 |
| | Firm's name  ▶ Symphony Business Services, LLC | | | Firm's EIN ▶ | 4553 |
| | Firm's address ▶ 2620 Regatta Dr Ste 102 | | | Phone no. | |
| | Las Vegas NV 89128 | | | (702) 655-5535 | |

For **Paperwork Reduction Act Notice, see separate instructions.**                    Form **1120** (2021)

EEA

Form 1120 (2021)    Grand Canyon Destinations LLC    4082    Page 2

| Schedule C | Dividends, Inclusions, and Special Deductions (see Instructions) | (a) Dividends and inclusions | (b) % | (c) Special deductions (a) x (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) | | 50 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) | | 65 | |
| 3 | Dividends on certain debt-financed stock of domestic and foreign corporations . . . . . | | See Instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities . . . . . . . | | 23.3 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities . . . . . . . . | | 26.7 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs . . . . . . . | | 50 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs . . . . . . . . | | 65 | |
| 8 | Dividends from wholly owned foreign subsidiaries . . . . . . . . . . . . . . . . . . . | | 100 | |
| 9 | Subtotal. Add lines 1 through 8. See instructions for limitations . . . . . . . . . . . . | | See Instructions | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958. . . . . . . . . . | | 100 | |
| 11 | Dividends from affiliated group members . . . . . . . . . . . . . . . . . . . . . . . | | 100 | |
| 12 | Dividends from certain FSCs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 100 | |
| 13 | Foreign-source portion of dividends received from a specified 10%-owned foreign corporation (excluding hybrid dividends) (see instructions) . . . . . . . . . . . . . . . | | 100 | |
| 14 | Dividends from foreign corporations not included on line 3, 6, 7, 8, 11, 12, or 13 (including any hybrid dividends) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 15 | Reserved for future use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 16a | Subpart F inclusions derived from the sale by a controlled foreign corporation (CFC) of the stock of a lower-tier foreign corporation treated as a dividend (attach Form(s) 5471) (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 100 | |
| b | Subpart F inclusions derived from hybrid dividends of tiered corporations (attach Form(s) 5471) (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| c | Other inclusions from CFCs under subpart F not included on line 16a, 16b, or 17 (attach Form(s) 5471) (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 17 | Global Intangible Low-Taxed Income (GILTI) (attach Form(s) 5471 and Form 8992) . . . . | | | |
| 18 | Gross-up for foreign taxes deemed paid . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 19 | IC-DISC and former DISC dividends not included on line 1, 2, or 3 . . . . . . . . . . . . | | | |
| 20 | Other dividends . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 21 | Deduction for dividends paid on certain preferred stock of public utilities. . . . . . . . . | | | |
| 22 | Section 250 deduction (attach Form 8993) . . . . . . . . . . . . . . . . . . . . . . | | | |
| 23 | Total dividends and inclusions. Add column (a), lines 9 through 20. Enter here and on page 1, line 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 24 | Total special deductions. Add column (c), lines 9 through 22. Enter here and on page 1, line 29b . . . . . . . . . . . | | | |

EEA

Form 1120 (2021)

Form 1120 (2021)   Grand Canyon Destinations LLC                                                 4082        Page 3

## Schedule J   Tax Computation and Payment (see instructions)

### Part I - Tax Computation

| | | | |
|---|---|---|---|
| 1 | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)). See instructions ▶ ☐ | | |
| 2 | Income tax. See instructions | 2 | 0 |
| 3 | Base erosion minimum tax amount (attach Form 8991) | 3 | |
| 4 | Add lines 2 and 3 | 4 | 0 |
| 5a | Foreign tax credit (attach Form 1118) | 5a | 0 |
| b | Credit from Form 8834 (see instructions) | 5b | |
| c | General business credit (attach Form 3800) | 5c | |
| d | Credit for prior year minimum tax (attach Form 8827) | 5d | |
| e | Bond credits from Form 8912 | 5e | |
| 6 | Total credits. Add lines 5a through 5e | 6 | |
| 7 | Subtract line 6 from line 4 | 7 | 0 |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) | 8 | 0 |
| 9a | Recapture of investment credit (attach Form 4255) | 9a | |
| b | Recapture of low-income housing credit (attach Form 8611) | 9b | |
| c | Interest due under the look-back method - completed long-term contracts (attach Form 8697) | 9c | |
| d | Interest due under the look-back method - income forecast method (attach Form 8866) | 9d | |
| e | Alternative tax on qualifying shipping activities (attach Form 8902) | 9e | |
| f | Interest/tax due under Section 453A(c) and/or Section 453(l) | 9f | |
| g | Other (see instructions - attach statement) | 9g | |
| 10 | Total. Add lines 9a through 9g | 10 | |
| 11 | Total tax. Add lines 7, 8, and 10. Enter here and on page 1, line 31 | 11 | 0 |

### Part II - Reserved For Future Use

| | | | |
|---|---|---|---|
| 12 | Reserved for future use | 12 | |

### Part III - Payments and Refundable Credits

| | | | |
|---|---|---|---|
| 13 | 2020 overpayment credited to 2021 | 13 | |
| 14 | 2021 estimated tax payments | 14 | |
| 15 | 2021 refund applied for on Form 4466 | 15 | ( ) |
| 16 | Combine lines 13, 14, and 15 | 16 | |
| 17 | Tax deposited with Form 7004 | 17 | |
| 18 | Withholding (see instructions) | 18 | |
| 19 | Total payments. Add lines 16, 17, and 18 | 19 | |
| 20 | Refundable credits from | | |
| a | Form 2439 | 20a | |
| b | Form 4136 | 20b | |
| c | Reserved for future use | 20c | |
| d | Other (attach statement - see instructions) | 20d | |
| 21 | Total credits. Add lines 20a through 20d | 21 | |
| 22 | Reserved for future use | 22 | |
| 23 | Total payments and credits. Add lines 19 and 21. Enter here and on page 1, line 33 | 23 | |

EEA                                                                                       Form 1120 (2021)

Form 1120 (2021)   Grand Canyon Destinations LLC                                    4082        Page 4

**Schedule K    Other Information** (see instructions)

|  |  |  |  | Yes | No |
|---|---|---|---|---|---|
| 1 | Check accounting method:   a  [X] Cash   b  [ ] Accrual   c  [ ] Other (specify) ▶ | | | | |

2   See the instructions and enter:

a   Business activity code no.  ▶ 561500

b   Business activity  ▶  Travel and Tour

c   Product or service  ▶  Service

|  |  | Yes | No |
|---|---|---|---|
| 3 | Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? . . . . . . . . . . . . . . | | X |
|  | If "Yes," enter name and EIN of the parent corporation  ▶ _____ | | |

4   At the end of the tax year:

|  |  | Yes | No |
|---|---|---|---|
| a | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G) . . . . . . . . . | | X |
| b | Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G). . . . | X | |

5   At the end of the tax year, did the corporation:

|  |  | Yes | No |
|---|---|---|---|
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on Form 851, Affiliations Schedule? For rules of constructive ownership, see instructions. . . . . . . | | X |

If "Yes," complete (i) through (iv) below.

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

| | | Yes | No |
|---|---|---|---|
| b | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions . . . . . . . . . | X | |

If "Yes," complete (i) through (iv) below.

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Country of Organization | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| Anthony Dobbs | 4272 | US | 100 |
|  |  |  |  |
|  |  |  |  |

| | | Yes | No |
|---|---|---|---|
| 6 | During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? See sections 301 and 316 . . . . . . . . . . . . . . . . | | X |
|  | If "Yes," file **Form 5452**, Corporate Report of Nondividend Distributions. See the instructions for Form 5452. | | |
|  | If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary. | | |
| 7 | At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of the total voting power of all classes of the corporation's stock entitled to vote or at least 25% of the total value of all classes of the corporation's stock? . . . . . . | | X |
|  | For rules of attribution, see section 318. If "Yes," enter: | | |

(a). Percentage owned  ▶ _____   and (b) Owner's country  ▶ _____

(c)   The corporation may have to file **Form 5472**, Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached   ▶   0

8   Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . . . . . . . . ▶ [ ]

If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments.

9   Enter the amount of tax-exempt interest received or accrued during the tax year   ▶  $ _____

10   Enter the number of shareholders at the end of the tax year (if 100 or fewer)   ▶ _____

11   If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here (see instructions) . . . . ▶ [X]

If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid.

12   Enter the available NOL carryover from prior tax years (do not reduce it by any deduction reported on page 1, line 29a.). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ $   626,911

EEA                                                                             Form **1120** (2021)

Form 1120 (2021)    Grand Canyon Destinations LLC    4082    Page 5

## Schedule K    Other Information (continued from page 4)

| | | Yes | No |
|---|---|---|---|
| 13 | Are the corporation's total receipts (page 1, line 1a, plus lines 4 through 10) for the tax year **and** its total assets at the end of the tax year less than $250,000? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year    ▶ $ _____ | | |
| 14 | Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement? See instructions . . . . . . . . | | X |
| | If "Yes," complete and attach Schedule UTP. | | |
| 15a | Did the corporation make any payments in 2021 that would require it to file Form(s) 1099? . . . . . . . . . . . . . . . . | X | |
| b | If "Yes," did or will the corporation file required Form(s) 1099? . . . . . . . . . . . . . . . . . . . . . . . . . . | X | |
| 16 | During this tax year, did the corporation have an 80%-or-more change in ownership, including a change due to redemption of its own stock? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 17 | During or subsequent to this tax year, but before the filing of this return, did the corporation dispose of more than 65% (by value) of its assets in a taxable, non-taxable, or tax deferred transaction? . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 18 | Did the corporation receive assets in a section 351 transfer in which any of the transferred assets had a fair market basis or fair market value of more than $1 million? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 19 | During the corporation's tax year, did the corporation make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474) of the Code? . . . . . . . . . . . | | X |
| 20 | Is the corporation operating on a cooperative basis? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 21 | During the tax year, did the corporation pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," enter the total amount of the disallowed deductions    ▶ $ _____ | | |
| 22 | Does the corporation have gross receipts of at least $500 million in any of the 3 preceding tax years? (See sections 59A(e)(2) and (3)) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," complete and attach Form 8991. | | |
| 23 | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year?  See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 24 | Does the corporation satisfy one or more of the following conditions? See instructions. . . . . . . . . . . . . . . . . | | X |
| a | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| b | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the corporation has business interest expense. | | |
| c | The corporation is a tax shelter and the corporation has business interest expense. | | |
| | If "Yes," complete and attach Form 8990. | | |
| 25 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," enter amount from Form 8996, line 15  . . . . . . . . ▶ $                    0 | | |
| 26 | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties held directly or indirectly by the corporation, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the shareholders held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions  . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | Percentage: By Vote                                  By Value | | |

EEA    Form **1120** (2021)

Form 1120 (2021)    Grand Canyon Destinations LLC    4082    Page 6

## Schedule L    Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| 1 | Cash | | (3,759) | | 23,950 |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | ( ) | | ( ) | |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach statement) | Statement #8 | 30,481 | | 30,481 |
| 7 | Loans to shareholders | | 267,751 | | 282,002 |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | 232,971 | | 232,971 | |
| b | Less accumulated depreciation | ( 125,196 ) | 107,775 | ( 151,011 ) | 81,960 |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( ) | | ( ) | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | ( ) | | ( ) | |
| 14 | Other assets (attach statement) | Statement #10 | (600) | | (600) |
| 15 | Total assets | | 401,648 | | 417,793 |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach statement) | Statement #11 | 264,239 | | 245,660 |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 | Other liabilities (attach statement) | Statement #12 | 519,029 | | 490,201 |
| 22 | Capital stock: a Preferred stock | | | | |
| | b Common stock | | | | |
| 23 | Additional paid-in capital | | 95,425 | | 95,425 |
| 24 | Retained earnings-Appropriated (attach statement) | | | | |
| 25 | Retained earnings-Unappropriated | | (477,045) | | (413,493) |
| 26 | Adjustments to shareholders' equity (attach statement) | | | | |
| 27 | Less cost of treasury stock | | ( ) | | ( ) |
| 28 | Total liabilities and shareholders' equity | | 401,648 | | 417,793 |

## Schedule M-1    Reconciliation of Income (Loss) per Books With Income per Return

Note: The corporation may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | 63,552 | 7 | Income recorded on books this year not included on this return (itemize): | |
| 2 | Federal income tax per books | | | Tax-exempt interest $ _____ | |
| 3 | Excess of capital losses over capital gains | | | Statement #17    93,377 | |
| 4 | Income subject to tax not recorded on books this year (itemize): | | | | 93,377 |
| | _____ | | 8 | Deductions on this return not charged against book income this year (itemize): | |
| 5 | Expenses recorded on books this year not deducted on this return (itemize): | | a | Depreciation . . . . . $ _____ | |
| a | Depreciation . . . . $ _____ | | b | Charitable contributions $ _____ | |
| b | Charitable contributions $ _____ | | | _____ | |
| c | Travel and entertainment $ _____ | | | _____ | |
| | _____ | | 9 | Add lines 7 and 8 | 93,377 |
| 6 | Add lines 1 through 5 | 63,552 | 10 | Income (page 1, line 28)-line 6 less line 9 | (29,825) |

## Schedule M-2    Analysis of Unappropriated Retained Earnings per Books (Schedule L, Line 25)

| | | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year | (477,045) | 5 | Distributions: a Cash | |
| 2 | Net income (loss) per books | 63,552 | | b Stock | |
| 3 | Other increases (itemize): | | | c Property | |
| | _____ | | 6 | Other decreases (itemize): | |
| | _____ | | 7 | Add lines 5 and 6 | |
| 4 | Add lines 1, 2, and 3 | (413,493) | 8 | Balance at end of year (line 4 less line 7) | (413,493) |

EEA

Form 1120 (2021)

**Form 1125-A**

(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

# Cost of Goods Sold

▶ Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.
▶ Go to *www.irs.gov/Form1125A* for the latest information.

OMB No. 1545-0123

Name

Grand Canyon Destinations LLC

Employer Identification number

4082

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | **1** | |
| 2 | Purchases | **2** | 1,159,444 |
| 3 | Cost of labor | **3** | |
| 4 | Additional section 263A costs (attach schedule) | **4** | |
| 5 | Other costs (attach schedule) | **5** | |
| 6 | Total. Add lines 1 through 5 | **6** | 1,159,444 |
| 7 | Inventory at end of year | **7** | |
| 8 | Cost of goods sold. Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | **8** | 1,159,444 |

9a  Check all methods used for valuing closing inventory:

(i) ☐ Cost

(ii) ☐ Lower of cost or market

(iii) ☐ Other (Specify method used and attach explanation.) ▶ _____

b  Check if there was a writedown of subnormal goods . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

c  Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) . . . . . . . . . . ▶ ☐

d  If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO . . . . . . . . . . . . . . . . . . . . . . . . . | **9d** |

e  If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions . . . . . ☐ Yes  ☒ No

f  Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☒ No

For Paperwork Reduction Act Notice, see Instructions

EEA

Form 1125-A (Rev. 11-2018)

**SCHEDULE G**
**(Form 1120)**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

**Information on Certain Persons Owning the Corporation's Voting Stock**
► Attach to Form 1120.
► See instructions.

OMB No. 1545-0123

Name

Grand Canyon Destinations LLC

Employer Identification number (EIN)

4082

**Part I**  **Certain Entities Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4a). Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Percentage Owned in Voting Stock |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II**  **Certain Individuals and Estates Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4b). Complete columns (i) through (iv) below for any individual or estate that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| Anthony S Dobbs | 4272 | US | 100 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 1120.

EEA

Schedule G  (Form 1120) (Rev. 12-2011)

| Form **4562** | **Depreciation and Amortization** | OMB No. 1545-0172 |
|---|---|---|
| | **(Including Information on Listed Property)** | **2021** |
| Department of the Treasury Internal Revenue Service (99) | ► Attach to your tax return. ► Go to www.irs.gov/Form4562 for instructions and the latest information. | Attachment Sequence No. **179** |

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| Grand Canyon Destinations LLC | FORM 1120 | 4082 |

## Part I  Election To Expense Certain Property Under Section 179

Note: If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . | 1 | |
| 2 | Total cost of section 179 property placed in service (see instructions) . . . . . . . . . . | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) . . . . . | 3 | |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- . . . . . . . . | 4 | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions . . . . . . . . . . . . . . . . . . . . . . . . | 5 | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 . . . . . . . . . . . . . | 7 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 . . . . . . | 8 | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 . . . . . . . . . . . . | 9 | |
| 10 | Carryover of disallowed deduction from line 13 of your 2020 Form 4562 . . . . . . . . . | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instructions . . . . | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 . . . . . . . . | 12 | |
| 13 | Carryover of disallowed deduction to 2022. Add lines 9 and 10, less line 12 ► | 13 | |

Note: Don't use Part II or Part III below for listed property. Instead, use Part V.

## Part II  Special Depreciation Allowance and Other Depreciation (Don't include listed property. See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions. . . . . . . . . . . . . . . . . . . . . . . | 14 | |
| 15 | Property subject to section 168(f)(1) election . . . . . . . . . . . . . . . . . | 15 | |
| 16 | Other depreciation (including ACRS) . . . . . . . . . . . . . . . . . . . . | 16 | |

## Part III  MACRS Depreciation (Don't include listed property. See instructions.)

### Section A

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2021 . . . . . . . . | 17 | 15 |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here . . . . . . . . . . . . . . . . . . . . . . ► ☐ | | |

### Section B - Assets Placed in Service During 2021 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only-see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

### Section C - Assets Placed in Service During 2021 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  30-year | | | 30 yrs. | MM | S/L | |
| d  40-year | | | 40 yrs. | MM | S/L | |

## Part IV  Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 . . . . . . . . . . . . . . . . . | 21 | 25,800 |
| 22 | Total. Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instructions . . | 22 | 25,815 |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs . . . . . . . . . . . . | 23 | |

For Paperwork Reduction Act Notice, see separate instructions. | | Form **4562** (2021)

EEA

Form 4562
Department of the Treasury
Internal Revenue Service

Form 4562 (2021)  Grand Canyon Destinations LLC                                    4082                Page 2

## Part V  Listed Property  (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.)

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

### Section A – Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)

24a  Do you have evidence to support the business/investment use claimed?  ☐ Yes ☐ No   24b If "Yes," is the evidence written?  ☐ Yes ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25  Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use. See instructions | | | | | | 25 | | |
| 26  Property used more than 50% in a qualified business use: | | | | | | | | |
| 2020 Mercedes | 12-02-2019 | 100.0% | 100,679 | 82,579 | 5 | 200 DB-MQ | 9,700 | |
| 2019 Mercedes | 03-16-2020 | 100.0% | 51,381 | 51,381 | 5 | 200 DB-HY | 16,100 | |
| | | % | | | | | | |
| 27  Property used 50% or less in a qualified business use: | | | | | | | | |
| | | % | | | | S/L- | | |
| | | % | | | | S/L- | | |
| | | % | | | | S/L- | | |
| 28  Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 | | | | | | 28 | 25,800 | |
| 29  Add amounts in column (i), line 26. Enter here and on line 7, page 1 | | | | | | | 29 | |

### Section B - Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30  Total business/investment miles driven during the year (don't include commuting miles) | | | | | | | | | | | | |
| 31  Total commuting miles driven during the year | | | | | | | | | | | | |
| 32  Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| 33  Total miles driven during the year. Add lines 30 through 32 | | | | | | | | | | | | |
| 34  Was the vehicle available for personal use during off-duty hours? | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 35  Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| 36  Is another vehicle available for personal use? | | | | | | | | | | | | |

### Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons. See instructions.

| | | Yes | No |
|---|---|---|---|
| 37 | Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 38 | Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| 39 | Do you treat all use of vehicles by employees as personal use? | | |
| 40 | Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| 41 | Do you meet the requirements concerning qualified automobile demonstration use? See instructions | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles.

## Part VI  Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42  Amortization of costs that begins during your 2021 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| 43  Amortization of costs that began before your 2021 tax year | | | | 43 | |
| 44  Total. Add amounts in column (f). See the instructions for where to report | | | | 44 | |

Form **4562** (2021)

**Federal Supporting Statements**

2021

Name(s) as shown on return

Grand Canyon Destinations LLC

Tax ID Number

4082

RP2021-48

47-3384082 Grand Canyon Destinations LLC
8020 S Rainbow Blvd Ste 100-458
Las Vegas, NV 89139

The taxpayer received a Paycheck Protection Program (PPP) loan for this business and is
applying section 3.01(2) of Revenue Procedure 2021-48 in tax year 2021.

The taxpayer is treating $93,377 as tax-exempt income from the forgiveness of
the Paycheck Protection Program loan. As of the date this return is being filed, the
Paycheck Protection Program loan has been forgiven.

PG01
Statement #1

Form 1120 - Line 10 - Other Income

| Description | Amount |
|---|---|
| Grant | 10,000 |
| Interest | 12 |
| Total | 10,012 |

STATMENT.LD

| **Federal Supporting Statements** | **2021** | **PG01** |
|---|---|---|

Name(s) as shown on return

Grand Canyon Destinations LLC

Tax ID Number

:4082

### Form 1120 - Line 26 - Other Deductions      Statement #5

| Description | Amount |
|---|---|
| Accounting cost | 9,543 |
| Automobile and truck expenses | 1,087 |
| Bank charges | 2,822 |
| Commissions | 2,977 |
| Computer | 3,301 |
| Consulting | 6,380 |
| Equipment rental/lease | 4,949 |
| Insurance | 6,181 |
| Workers Comp Insurance | 2,666 |
| Legal and professional | 18,565 |
| Meals 100% limit | 1,480 |
| Miscellaneous | 2,066 |
| Office expense | 43,405 |
| Parking fees and tolls | 178 |
| Payroll processing expenses | 57 |
| Postage/Shipping | 953 |
| Security | 373 |
| Telephone | 9,433 |
| Travel | 782 |
| Utilities | 1,153 |
| Merchant Account Fees | 27,434 |
| Website | 2,043 |
| Reimbursements | 4,279 |
| **Total** | **152,107** |

### Schedule L - Line 6

**PG01**
Statement #8

| Description | Beg Of Year | End Of Year |
|---|---|---|
| Deferred Interest | 252 | 252 |
| Prepaid Expense | 30,229 | 30,229 |
| **Total** | **30,481** | **30,481** |

STATMENT.LD

| **Federal Supporting Statements** | | 2021 | PG01 |
|---|---|---|---|
| Name(s) as shown on return | | Tax ID Number | |
| Grand Canyon Destinations LLC | | | 4082 |

### Schedule L - Line 14

Statement #10

| Description | Beg Of Year | End Of Year |
|---|---|---|
| Due to from New Char | (600) | (600) |
| **Total** | (600) | (600) |

PG01

### Schedule L - Line 18

Statement #11

| Description | Beg Of Year | End Of Year |
|---|---|---|
| Navy FCU LOC | 10,209 | |
| Accrued Payroll Liab | 102,243 | 94,487 |
| Credit Card Payable | 67,624 | 72,326 |
| NP Fundbox | 4,716 | |
| NP Biz Finance | 73,237 | 73,237 |
| NP Kabbage | 6,210 | 5,610 |
| **Total** | 264,239 | 245,660 |

PG01

### Schedule L - Line 21

Statement #12

| Description | Beg Of Year | End Of Year |
|---|---|---|
| NP Y Tang | 30,229 | 30,229 |
| NP MBFS | 80,501 | 80,501 |
| NP Paypal | 80,982 | 37,621 |
| NP Live Oak PPP1 | 132,400 | 39,023 |
| NP MBFS (04583) | 44,917 | 44,917 |
| NP SBA EIDL | 150,000 | 150,000 |
| NP Live Oak PPP2 | | 107,910 |
| **Total** | 519,029 | 490,201 |

| **Federal Supporting Statements** | 2021    PG01 |
|---|---|
| Name(s) as shown on return<br>Grand Canyon Destinations LLC | Tax ID Number<br>4082 |

Schedule M-1 Line 7
Income recorded on Books

Statement #17

| Description | Amount |
|---|---|
| PPP Forgiveness | 93,377 |
| **Total** | **93,377** |

STATMENT.LD