**Fill in this information to identify the case:**

Debtor name    **GRAND CANYON DESTINATIONS, LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known)    **23-10399-nmc**

☑ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☑ Amended *Schedule*    **E/F**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **4-24-2023**    X _____
                                         Signature of individual signing on behalf of debtor

                                         **Anthony Dobbs**
                                         Printed name

                                         **President**
                                         Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **GRAND CANYON DESTINATIONS, LLC**

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known) **23-10399-nmc**

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$65,271.29** | **$0.00** |
| Date or dates debt was incurred | Basis for the claim: |  |  |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |
| **2.2** Priority creditor's name and mailing address<br>**Nevada Department of Taxation**<br>**Bankruptcy Section**<br>**555 E. Washington Ave., #1300**<br>**Las Vegas, NV 89101** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
| Date or dates debt was incurred | Basis for the claim: |  |  |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

Debtor  **GRAND CANYON DESTINATIONS, LLC**          Case number (if known)  **23-10399-nmc**
_____Name_____

| | | | |
|---|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$101.79** |
| | **A1 Office Solutions**<br>**1215 S. Commerce St.**<br>**Las Vegas, NV 89102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| | **American Express**<br>**200 Vesey Street**<br>**New York, NY 10285** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| | **Anthony Dobbs**<br>**8020 S Rainbow Blvd #100-458**<br>**Las Vegas, NV 89139** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Post petition employee** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$80,823.97** |
| | **Artemis Refunds**<br>**3565 S Las Vegas Blvd**<br>**Las Vegas, NV 89109** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$105.09** |
| | **Assured Document Destruction, Inc.**<br>**8050 Arville St., #105**<br>**Las Vegas, NV 89139** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$108,276.00** |
| | **Borcuta**<br>**334 W San Juan Ave.**<br>**Phoenix, AZ 85013** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| | **Brandon Lomeli**<br>**5305 Easy Place**<br>**Las Vegas, NV 89107** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Post petition employee** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor  **GRAND CANYON DESTINATIONS, LLC**
Name

Case number (if known)  **23-10399-nmc**

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Buisness Finance Loan**<br>**3301 N University Drive Ste 300**<br>**Coral Springs, FL 33065** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,154.00 |
|---|---|---|---|
| | **Caesars Entertainment Corporation**<br>**One Caesars Palace Dr**<br>**Las Vegas, NV 89109** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $154,794.12 |
|---|---|---|---|
| | **Celebrity Coaches**<br>**6430 Procyton Street**<br>**Las Vegas, NV 89118** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $202,955.04 |
|---|---|---|---|
| | **Chinese Host**<br>**3525 W Hacienda Ave.**<br>**Las Vegas, NV 89118** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Claribel Torres**<br>**8841 Clear Blue Drive**<br>**Las Vegas, NV 89117** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Post petition employee | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Cofactor, LLC**<br>**2711 Centerville Road, Suite 400**<br>**Wilmington, DE 19808** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,389.00 |
|---|---|---|---|
| | **Computers, Inc.**<br>**3950 N. Tenaya Way, #160**<br>**Las Vegas, NV 89129** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor   **GRAND CANYON DESTINATIONS, LLC**
Name

Case number (if known)   **23-10399-nmc**

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $138,720.00 |
|---|---|---|---|
| | **Del Rey Social**<br>**4015 Via Marina #202**<br>**Marina Del Rey, CA 90292** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No   ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **DeLage Landen Financial**<br>**PO BOX 41602**<br>**Philadelphia, PA 19101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No   ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Dept. of Employment, Training & Rehab**<br>**Employment Security Division**<br>**500 East Third Street**<br>**Carson City, NV 89713** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No   ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,437.19 |
|---|---|---|---|
| | **Dolan Station**<br>**15916 Pierce Ferry Road**<br>**Dolan Springs, AZ 86441** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No   ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Ekna Hue**<br>**717 Skipjack Dr**<br>**Henderson, NV 89015** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Post petition 1099 employee | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No   ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $128,500.00 |
|---|---|---|---|
| | **Empire Strategies**<br>**180 S. Stephanie #120**<br>**Henderson, NV 89012** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No   ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,750.00 |
|---|---|---|---|
| | **Fabulous Transportation**<br>**5375 Cameron Street, Suite B**<br>**Las Vegas, NV 89118** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No   ☐ Yes | |

| Debtor | GRAND CANYON DESTINATIONS, LLC | Case number (if known) | 23-10399-nmc |
|---|---|---|---|
| | Name | | |

**3.22**

Nonpriority creditor's name and mailing address
**First Source Bank**
**100 N. Michigan Street**
**South Bend, IN 46601**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.23**

Nonpriority creditor's name and mailing address
**Fundbox**
**PO Box 981535**
**Plano, TX 75024**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.24**

Nonpriority creditor's name and mailing address
**Gia Davis**
**6160 Rimrill Street Unit #124**
**Las Vegas, NV 89113**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Post petition employee

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.25**

Nonpriority creditor's name and mailing address
**Global Safety Network**
**3590 S 42nd Street**
**Grand Forks, ND 58201**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.26**

Nonpriority creditor's name and mailing address
**Greenspun Media Group LLC**
**2275 Corporate Center, #300**
**Henderson, NV 89074**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

$3,000.00

---

**3.27**

Nonpriority creditor's name and mailing address
**ITravel USA LLC**
**6280 S. Valley View Lane**
**Las Vegas, NV 89118**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

$62,428.00

---

**3.28**

Nonpriority creditor's name and mailing address
**Jaime Brown**
**5325 E Tropicana Ave #1018**
**Las Vegas, NV 89122**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Post petition 1099 employee

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **GRAND CANYON DESTINATIONS, LLC** | Case number (if known) | **23-10399-nmc** |
|---|---|---|---|
| | Name | | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | Jessica Perez<br>4203 Honeycomb<br>Las Vegas, NV 89147 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  Post petition employee<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | Kabbage<br>730 Peachtree St. NE; Suite 1100<br>Atlanta, GA 30308 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | Karen Anthony<br>1524 Highfield Ct<br>North Las Vegas, NV 89032 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  Post petition employee<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | Katie Barnes<br>2345 Spruce Goose St #C323<br>Las Vegas, NV 89135 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  Post petition 1099 employee<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | Kevin Smith<br>1609 Cloud Dance Ct<br>North Las Vegas, NV 89031 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  Post petition 1099 employee<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | Laila Bogari<br>3644 S Fort Apache Apt #1093<br> NV 89167 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  Post petition 1099 employee<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | Live Oak Bank<br>1757 Tiburon Drive<br>Wilmington, NC 28403 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor   **GRAND CANYON DESTINATIONS, LLC**

Name

Case number (if known)   **23-10399-nmc**

| | | |
|---|---|---|
| 3.36 | **Nonpriority creditor's name and mailing address**<br>**Lorie Dirilo**<br>**921 Sunnyfield Way**<br>**Henderson, NV 89015**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Post petition employee__<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |
| 3.37 | **Nonpriority creditor's name and mailing address**<br>**LV Photo**<br>**Attn: Mark Bragen**<br>**8400 West Sunset Road, 3rd Floor, Suite**<br>**Las Vegas, NV 89113**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$525,906.00** |
| 3.38 | **Nonpriority creditor's name and mailing address**<br>**M&T Capital and Leasing**<br>**225 Asylum St 20th Floor**<br>**Hartford, CT 06103**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>Basis for the claim: __Deficiency guaranty__<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$326,000.00** |
| 3.39 | **Nonpriority creditor's name and mailing address**<br>**Marlin Business Bank**<br>**300 Fellowship Rd Mt.**<br>**Mount Laurel, NJ 08054**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Guaranty__<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |
| 3.40 | **Nonpriority creditor's name and mailing address**<br>**Navy Federal Credit Union**<br>**820 Follin Lane SE**<br>**Vienna, VA 22180**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Credit card__<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |
| 3.41 | **Nonpriority creditor's name and mailing address**<br>**People's Capital & Leasing**<br>**850 Main Street**<br>**Bridgeport, CT 06604**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Deficiency guaranty__<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |
| 3.42 | **Nonpriority creditor's name and mailing address**<br>**Red Target DBA SCJ Commerical Financial**<br>**17507 DuPont, Ste. 2**<br>**Harrington, DE 19952**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$73,237.35** |

Debtor    **GRAND CANYON DESTINATIONS, LLC**
　　　　　Name

Case number (if known)    **23-10399-nmc**

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,214.78 |
|---|---|---|---|
| | **Reisman Sorokac**<br>**8965 S. Eastern Ave., #382**<br>**Las Vegas, NV 89123** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $630,255.00 |
|---|---|---|---|
| | **Southeast Travel & Tours**<br>**9814 Havasupai Ave**<br>**Las Vegas, NV 89148** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Steven Jackson**<br>**9620 W Russell Rd**<br>**Las Vegas, NV 89148** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Post petition 1099 employee** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $82,806.00 |
|---|---|---|---|
| | **Sundance Helicopters**<br>**5596 Haven Street**<br>**Las Vegas, NV 89119** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $215.43 |
|---|---|---|---|
| | **Tahoe Water Springs**<br>**3300 Meade Ave. C**<br>**Las Vegas, NV 89102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $168,500.00 |
|---|---|---|---|
| | **Teagen Marketing**<br>**410 N. Fern Dale Road**<br>**Plymouth, MN 55447** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **The Tap**<br>**704 E Nevada Way**<br>**Boulder City, NV 89005** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor  **GRAND CANYON DESTINATIONS, LLC**
    Name

Case number (*if known*)  **23-10399-nmc**

| | |
|---|---|
| **3.50** | **Nonpriority creditor's name and mailing address** |

Unknown

**3.50**

**Nonpriority creditor's name and mailing address**
**Theodore Dobbs**
19007 N 12th Dr
Phoenix, AZ 85027

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Post petition employee**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.51**

**Nonpriority creditor's name and mailing address**
**Thrivin**
8707 Spanish Ridge Lane, #135
Las Vegas, NV 89148

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$1,625.63

---

**3.52**

**Nonpriority creditor's name and mailing address**
**US Bank**
PO BOX 1950
Saint Paul, MN 55101

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.53**

**Nonpriority creditor's name and mailing address**
**Vegas Retail Supply**
6615 Escondido Street, Suite C
Las Vegas, NV 89119

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$1,268.35

---

**3.54**

**Nonpriority creditor's name and mailing address**
**Westside Lilos**
PO Box 55
Seligman, AZ 86337

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$64,898.61

---

**3.55**

**Nonpriority creditor's name and mailing address**
**Windstar Lines**
PO Box 786
1903 N US HWY 71
Carroll, IA 51401

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Charter**

Is the claim subject to offset? ■ No  ☐ Yes

$17,588.17

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1**   **Anthony Dobbs**<br>228 Friendly Court<br>Henderson, NV 89052 | Line ____ <br><br> ☐ Not listed. Explain ____ | __ |

---

Official Form 206 E/F         Schedule E/F: Creditors Who Have Unsecured Claims         Page 9 of 10

| Debtor | **GRAND CANYON DESTINATIONS, LLC** | Case number (if known) | **23-10399-nmc** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.2 | **Kaempfer Crowell**<br>**Robert R. McCoy, Esq.**<br>**1980 Festival Plaza Dr., Suite 650**<br>**Las Vegas, NV 89135** | Line<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Kaempfer Crowell**<br>**Elsie E. Lucero, Esq.**<br>**1980 Festival Plaza Dr., Suite 650**<br>**Las Vegas, NV 89135** | Line<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Raich Law PLLC**<br>**Sagar R. Raich, Esq.**<br>**6785 S. Eastern Ave., Suite 5**<br>**Las Vegas, NV 89119** | Line<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Raich Law PLLC**<br>**Brian Schneider, Esq.**<br>**6785 S. Eastern Ave., Suite 5**<br>**Las Vegas, NV 89119** | Line<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **The Law Offices of Timothy Elson**<br>**8965 S. Eastern Ave., Suite 38**<br>**Las Vegas, NV 89123** | Line<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **US Small Business Administration**<br>**409 3rd St, SW**<br>**Washington, DC 20416** | Line _<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **US Small Business Administration**<br>**Attn: District Counsel**<br>**455 Mrket Street, Suite 600**<br>**San Francisco, CA 94105** | Line _<br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 65,271.29 |
| 5b. Total claims from Part 2 | 5b. + | $ 2,852,949.52 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 2,918,220.81 |