**CARLYON CICA CHTD.**
CANDACE C. CARLYON, ESQ.
Nevada Bar No. 2666
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
Telephone:    (702) 685-4444
Facsimile:    (725) 220-4360
CCarlyon@CarlyonCica.com
*Counsel for Debtors*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>GRAND CANYON DESTINATIONS LLC,<br><br>          Debtor | Case No. 23-10399-NMC<br>Chapter 11<br><br>(Jointly Administered) |
| In re:<br><br>  ATHENS INC.,<br><br>          Debtor. | Case No. 23-11659-NMC<br>Chapter 11<br><br>**CERTIFICATION OF ACCEPTANCE AND REJECTION OF CHAPTER 11 PLAN (BALLOT SUMMARY)**<br><br>Hearing Date: July 11, 2023<br>Hearing Time: 9:30 a.m. |

Pursuant to LR 3018, the undersigned counsel for Grand Canyon Destinations LLC, a Nevada limited liability company ("GCD"), and Athen's Inc., a Nevada corporation ("Athen's" and together with GCD, the "Debtors"), as debtors and debtors in possession, hereby certifies to the Court the amount and number of allowed claims of each class accepting or rejecting the Plan, and the amount of allowed interests of each class accepting or rejecting the Plan, based on all ballots timely received on or before June 27, 2023, as follows:

Nine ballots were received and are attached hereto as **Exhibits 1 -9**. Because the matter is set for remote hearing, copies of the ballots are attached hereto rather than being presented in the courtroom pursuant to LR 3018(a)(2).

CARLYON CICA CHTD.
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119

One ballot was received in Class 5[1], in the amount of $404.83, accepting the Plan.

Eight ballots were received in Class 6.   The total dollar amount of such ballots was $1,566,881.08.  Six ballots totaling $1,193,317.76 accepted the Plan, and two ballots totaling $373,563.32 rejected the Plan.

The Plan has been accepted by Classes 5 and 6. No other class cast ballots. The percentages of acceptances and rejections are as follows:

| Class # | % Accepting (by number of ballots cast) | % Accepting (by dollar amount of ballots cast) | % Rejecting (by number of ballots cast) | % Rejecting (by dollar amount of ballots cast) |
|---|---|---|---|---|
| 5 | 100% | 100% | 0% | 0% |
| 6 | 76% | 73% | 24% | 29% |

| Exhibit No. | Class | Claimant | Accepts/Rejects | Amount |
|---|---|---|---|---|
| 1 | 5 | America Express | Accepts | $404.83 |
| 2 | 6 | American Express | Accepts | $15,539.76 |
| 3 | 6 | Del Rey Social | Accepts | $138, 720.00 |
| 4 | 6 | LV Photo Party LLC | Accepts | $525,906.00 |
| 5 | 6 | M&T Capital and Leasing | Rejects | $336,924.67 |
| 6 | 6 | Teagen Marketing | Accepts | $168,500.00 |
| 7 | 6 | Motor Management | Accepts | $187,920.00 |
| 8 | 6 | NNV Diesel Repair | Accepts | $156,732.00 |
| 9 | 6 | River City Petroleum Inc | Rejects | $36,638.65 |

CARLYON CICA CHTD.
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119

---

[1] Although that ballot reflects that it is being cast in Class 6; because the amount of the claim is less than $1,000 the claim is classified by the Plan in Class 5.  *See* ECF No. 151 at Exhibit 3 §2(d), at pps. 17-18 of 25.

Respectfully submitted this 29th day of June 2023.

CARLYON CICA CHTD.

*/s/ Candace C. Carlyon, Esq.*
CANDACE C. CARLYON, ESQ.
Nevada Bar No. 2666
265 E. Warm Springs Road, Suite 107
Las Vegas, Nevada 89119
*Counsel for Debtor*

**CARLYON CICA CHTD.**
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119

## CERTIFICATE OF SERVICE

I am an employee of Carlyon Cica Chtd.  On the date of filing of the foregoing papers with the Clerk of Court I caused a true and correct copy to be served in the following manner:

☒ ELECTRONIC SERVICE:  Pursuant to LR 2002 of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed and served on all parties and attorneys who are filing users through the Notice of Electronic Filing automatically generated by the Court.

☐  UNITED STATES MAIL:  By depositing a true and correct copy of the above-referenced document into the United States Mail with prepaid first-class postage, addressed to the parties at their last-known mailing address(es):

☐  OVERNIGHT COURIER:  By depositing a true and correct copy of the above-referenced document for overnight delivery via a nationally recognized courier, addressed to the parties listed below which was incorporated by reference and made final in the w at their last-known mailing address.

☐  FACSIMILE:  By sending the above-referenced document via facsimile to those persons listed on the attached service list at the facsimile numbers set forth thereon.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Cristina Robertson
An employee of Carlyon Cica Chtd.

# EXHIBIT "1"

# EXHIBIT "1"

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re

GRAND CANYON DESTINATIONS LLC

Debtor.

Case No. 23-10399-NMC
Chapter 11

Plan Hearing Date: July 11, 2023

Plan Hearing Time: 9:30 a.m.

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

Grand Canyon Destinations, LLC along with Athen's Inc. filed a Joint Plan of Reorganization Dated May 3, 2023 (the "Plan") for the Debtor in this case and the Debtor in case #23-11659-NMC.

You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. You should indicate the class of your claim or equity interest below. If you hold claims or equity interests in more than one class, you may cast a ballot for each class in which you are entitled to vote.  If you do not indicate the class of your claim or equity interest, your vote may not be counted.

If your ballot is not received on or before 5:00 Pacific Time on June 27, 2023, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

Acceptance or Rejection of the Plan

The undersigned, the holder of a Class [ 6 ] claim against the Debtor in the unpaid

amount of _____ Dollars ($ 404.83 _____) Account Ending: 3009

[or, if the voter is the holder of an equity interest:

The undersigned, the holder of Class ___ equity interest in the Debtor, consisting of ___ shares or other interests of [describe equity interest] in the Debtor.]

*Check one box only*

[X]  **Accepts the plan**

[ ]  **Rejects the plan**

Dated:          June 20, 2023

Print or type name:  American Express National Bank

Signature:        *Dawn S. Osman*

Dawn S. Osman for Kenneth W. Kleppinger

Title (if corporation or partnership)  Attorney/Agent for creditor

Address:   c/o Becket & Lee LLP

          PO Box 3001

          Malvern, PA 19355

---

**Return this ballot via mail, courier or hand delivery to:**

Candace Carlyon
Carlyon Cica, Chtd.
265 E. Warm Springs Suite 107
Las Vegas, NV 89109

Or by electronic mail with return receipt requested and received to:

ccarlyon@carlyoncica.com with a copy to crobertson@ccarlyon.com.

Note that in order to ensure that an electronically submitted Ballot be counted, you must receive a return receipt or email acknowledgement of receipt of your ballot on or before the Voting Deadline.

# EXHIBIT "2"

# EXHIBIT "2"

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re

GRAND CANYON DESTINATIONS LLC

Debtor.

Case No. 23-10399-NMC
Chapter 11

**Plan Hearing Date:**  July 11, 2023

**Plan Hearing Time:** 9:30 a.m.

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

**Grand Canyon Destinations, LLC along with Athen's Inc. filed a Joint Plan of Reorganization Dated May 3, 2023 (the "Plan") for the Debtor in this case and the Debtor in case #23-11659-NMC.**

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. You should indicate the class of your claim or equity interest below. If you hold claims or equity interests in more than one class, you may cast a ballot for each class in which you are entitled to vote.  If you do not indicate the class of your claim or equity interest, your vote may not be counted.**

**If your ballot is not received on or before 5:00 Pacific Time on June 27, 2023, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

Acceptance or Rejection of the Plan

The undersigned, the holder of a Class [ 6 ] claim against the Debtor in the unpaid

amount of _____ Dollars ($ 15,539.76 _____ ) Account Ending: 2000

[or, if the voter is the holder of an equity interest:

The undersigned, the holder of Class ___ equity interest in the Debtor, consisting of ___ shares or other interests of [describe equity interest] in the Debtor.]

*Check one box only*

☒  **Accepts the plan**

☐  **Rejects the plan**

Dated:          June 20, 2023

Print or type name:  American Express National Bank

Signature:  *Dawn S. Osman*

Dawn S. Osman for Kenneth W. Kleppinger

Title (if corporation or partnership)  Attorney/Agent for creditor

Address:  c/o Becket & Lee LLP

PO Box 3001

Malvern, PA 19355

---

**Return this ballot via mail, courier or hand delivery to:**

Candace Carlyon
Carlyon Cica, Chtd.
265 E. Warm Springs Suite 107
Las Vegas, NV 89109

Or by electronic mail with return receipt requested and received to:

ccarlyon@carlyoncica.com with a copy to crobertson@ccarlyon.com.

Note that in order to ensure that an electronically submitted Ballot be counted, you must receive a return receipt or email acknowledgement of receipt of your ballot on or before the Voting Deadline.

# EXHIBIT "3"

# EXHIBIT "3"

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re

GRAND CANYON DESTINATIONS LLC

Debtor.

Case No. 23-10399-NMC
Chapter 11

**Plan Hearing Date**: July 11, 2023

**Plan Hearing Time**: 9:30 a.m.

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

**Grand Canyon Destinations, LLC along with Athen's Inc. filed a Joint Plan of Reorganization Dated May 3, 2023 (the "Plan") for the Debtor in this case and the Debtor in case #23-11659-NMC.**

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. You should indicate the class of your claim or equity interest below. If you hold claims or equity interests in more than one class, you may cast a ballot for each class in which you are entitled to vote.  If you do not indicate the class of your claim or equity interest, your vote may not be counted.**

**If your ballot is not received on or before 5:00 Pacific Time on June 27, 2023, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

Acceptance or Rejection of the Plan

The undersigned, the holder of a Class [ 6 ] claim against the Debtor in the unpaid

amount of one Thirtyeight, Dollars ($138,750             )
seven thous

[or, if the voter is the holder of an equity interest:

The undersigned, the holder of Class ___ equity interest in the Debtor, consisting of ___ shares or other interests of [describe equity interest] in the Debtor.]

*Check one box only*

☑ **Accepts the plan**

☐ **Rejects the plan**

Dated:     6-26-23

Print or type name: Lisa Rodriguez

Signature:     *[signature]*

Title (if corporation or partnership) _____

Address:     Del Rey Social

           4015 Via Marina #202

           Marina del Rey, CA 90292

---

**Return this ballot via mail, courier or hand delivery to:**

Candace Carlyon
Carlyon Cica, Chtd.
265 E. Warm Springs Suite 107
Las Vegas, NV 89109

Or by electronic mail with return receipt requested and received to:

ccarlyon@carlyoncica.com with a copy to crobertson@ccarlyon.com.

 Note that in order to ensure that an electronically submitted Ballot be counted, you must

receive a return receipt or email acknowledgement of receipt of your ballot on or before the

Voting Deadline.

# EXHIBIT "4"

# EXHIBIT "4"

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re

GRAND CANYON DESTINATIONS LLC

Debtor.

Case No. 23-10399-NMC
Chapter 11

**Plan Hearing Date**: July 11, 2023

**Plan Hearing Time**: 9:30 a.m.

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

**Grand Canyon Destinations, LLC along with Athen's Inc. filed a Joint Plan of Reorganization Dated May 3, 2023 (the "Plan") for the Debtor in this case and the Debtor in case #23-11659-NMC.**

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. You should indicate the class of your claim or equity interest below. If you hold claims or equity interests in more than one class, you may cast a ballot for each class in which you are entitled to vote. If you do not indicate the class of your claim or equity interest, your vote may not be counted.**

**If your ballot is not received on or before 5:00 Pacific Time on June 27, 2023, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

Acceptance or Rejection of the Plan

The undersigned, the holder of a Class [ _6_ ] claim against the Debtor in the unpaid

amount of _Five Hundred Twenty Five_ Dollars ($ _525,906.00_ )
_Dollars Nine Hundred an Six_

[or, if the voter is the holder of an equity interest:

The undersigned, the holder of Class ____ equity interest in the Debtor, consisting of ____ shares or other interests of [describe equity interest] in the Debtor.]

*Check one box only*

☒ Accepts the plan

☐ Rejects the plan

Dated: _6/22/2023_

Print or type name: _Mark Bergen - President_

Signature: _[signature]_

Title (if corporation or partnership) _LV Photo Party LLC_

Address: _8400 West Sunset Rd._

_Suite 300, 3rd Floor_

_Las Vegas, NV 89113_

---

**Return this ballot via mail, courier or hand delivery to:**

Candace Carlyon
Carlyon Cica, Chtd.
265 E. Warm Springs Suite 107
Las Vegas, NV 89109

Or by electronic mail with return receipt requested and received to:

ccarlyon@carlyoncica.com with a copy to crobertson@ccarlyon.com.

Note that in order to ensure that an electronically submitted Ballot be counted, you must receive a return receipt or email acknowledgement of receipt of your ballot on or before the Voting Deadline.

# EXHIBIT "5"

# EXHIBIT "5"

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re

GRAND CANYON DESTINATIONS LLC

Debtor.

Case No. 23-10399-NMC
Chapter 11

**Plan Hearing Date**: July 11, 2023

**Plan Hearing Time**: 9:30 a.m.

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

**Grand Canyon Destinations, LLC along with Athen's Inc. filed a Joint Plan of Reorganization Dated May 3, 2023 (the "Plan") for the Debtor in this case and the Debtor in case #23-11659-NMC.**

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. You should indicate the class of your claim or equity interest below. If you hold claims or equity interests in more than one class, you may cast a ballot for each class in which you are entitled to vote. If you do not indicate the class of your claim or equity interest, your vote may not be counted.**

**If your ballot is not received on or before 5:00 Pacific Time on June 27, 2023, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

Acceptance or Rejection of the Plan

The undersigned, the holder of a Class [ 6 ] claim against the Debtor in the unpaid

amount of $336.924.67       Dollars ($ 336,924.67            )

[or, if the voter is the holder of an equity interest:

The undersigned, the holder of Class ___ equity interest in the Debtor, consisting of ___ shares or other interests of [describe equity interest] in the Debtor.]

*Check one box only*

☐  **Accepts the plan**

☒  **Rejects the plan**

Dated:                 May 17, 2023

Print or type name:  Evan S. Goldstein

Signature:

Title (if corporation or partnership) Attorney for M&T Capital and Leasing Corporation

Address:  Updike, Kelly & Spellacy, P.C.

          225 Asylum Street, 20th Floor

          Hartford, CT 06103

---

**Return this ballot via mail, courier or hand delivery to:**
            Candace Carlyon
            Carlyon Cica, Chtd.
            265 E. Warm Springs Suite 107
            Las Vegas, NV 89109

        Or by electronic mail with return receipt requested and received to:

        ccarlyon@carlyoncica.com with a copy to crobertson@ccarlyon.com.

 Note that in order to ensure that an electronically submitted Ballot be counted, you must

receive a return receipt or email acknowledgement of receipt of your ballot on or before the

Voting Deadline.

# EXHIBIT "6"

# EXHIBIT "6"

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re

GRAND CANYON DESTINATIONS LLC

Debtor.

Case No. 23-10399-NMC
Chapter 11

**Plan Hearing Date**: July 11, 2023

**Plan Hearing Time**: 9:30 a.m.

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

**Grand Canyon Destinations, LLC along with Athen's Inc. filed a Joint Plan of Reorganization Dated May 3, 2023 (the "Plan") for the Debtor in this case and the Debtor in case #23-11659-NMC.**

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. You should indicate the class of your claim or equity interest below. If you hold claims or equity interests in more than one class, you may cast a ballot for each class in which you are entitled to vote. If you do not indicate the class of your claim or equity interest, your vote may not be counted.**

**If your ballot is not received on or before 5:00 Pacific Time on June 27, 2023, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

Acceptance or Rejection of the Plan

The undersigned, the holder of a Class [ 6 ] claim against the Debtor in the unpaid

amount of ____One Hundred and Sixty Eight Thousand Five Hundred____ Dollars ($ 168,500.00_____)

[or, if the voter is the holder of an equity interest:

The undersigned, the holder of Class ___ equity interest in the Debtor, consisting of ___ shares or other interests of [describe equity interest] in the Debtor.]

*Check one box only*

☒ **Accepts the plan**

☐ **Rejects the plan**

Dated:                6/22/2023

Print or type name:    Cameron Tendler

Signature:        *Cameron Tendler*

Title (if corporation or partnership)  Teagen Marketing - Owner

Address:     304 South Jones Blvd

              Unit 2314

              Las Vegas, NV 89107

---

**Return this ballot via mail, courier or hand delivery to:**

> Candace Carlyon
> Carlyon Cica, Chtd.
> 265 E. Warm Springs Suite 107
> Las Vegas, NV 89109

Or by electronic mail with return receipt requested and received to:

ccarlyon@carlyoncica.com with a copy to crobertson@ccarlyon.com.

 **Note that in order to ensure that an electronically submitted Ballot be counted, you must receive a return receipt or email acknowledgement of receipt of your ballot on or before the Voting Deadline**.

# EXHIBIT "7"

# EXHIBIT "7"

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re

ATHEN'S INC.,

                Debtor.

Case No. 23-11659-NMC
Chapter 11

**Plan Hearing Date**: July 11, 2023

**Plan Hearing Time**: 9:30 a.m.

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

**Athens Inc. along with Grand Canyon Destinations, LLC filed a Joint Plan of Reorganization Dated May 3, 2023 (the "Plan") for the Debtor in this case and the Debtor in case #23-10399-NMC.**

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. You should indicate the class of your claim or equity interest below. If you hold claims or equity interests in more than one class, you may cast a ballot for each class in which you are entitled to vote. If you do not indicate the class of your claim or equity interest, your vote may not be counted.**

**If your ballot is not received on or before 5:00 Pacific Time on June 27, 2023, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

Acceptance or Rejection of the Plan

The undersigned, the holder of a Class [6] claim against the Debtor in the unpaid amount of _Nineteen_ Dollars ($45,620 )

[or, if the voter is the holder of an equity interest:

The undersigned, the holder of Class ___ equity interest in the Debtor, consisting of ___ shares or other interests of [describe equity interest] in the Debtor.]

*Check one box only*

☑ **Accepts the plan**

☐ **Rejects the plan**

Dated: 6/27/23

Print or type name: Alan Hall

Signature:

Title (if corporation or partnership) Owner

Motor Manager

Address: PO Box 305

Vincent, WA 9866

---

**Return this ballot via mail, courier or hand delivery to:**

Candace Carlyon
Carlyon Cica, Chtd.
265 E. Warm Springs Suite 107
Las Vegas, NV 89109

Or by electronic mail with return receipt requested and received to:

ccarlyon@carlyoncica.com with a copy to crobertson@ccarlyon.com.

 **Note that in order to ensure that an electronically submitted Ballot be counted, you must receive a return receipt or email acknowledgement of receipt of your ballot on or before the Voting Deadline**.

# EXHIBIT "8"

# EXHIBIT "8"

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re

ATHEN'S INC.,

                    Debtor.

Case No. 23-11659-NMC
Chapter 11

**Plan Hearing Date**:  July 11, 2023

**Plan Hearing Time**: 9:30 a.m.

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

Athen's Inc. along with Grand Canyon Destinations, LLC filed a Joint Plan of Reorganization Dated May 3, 2023 (the "Plan") for the Debtor in this case and the Debtor in case #23-10399-NMC.

You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. You should indicate the class of your claim or equity interest below. If you hold claims or equity interests in more than one class, you may cast a ballot for each class in which you are entitled to vote.  If you do not indicate the class of your claim or equity interest, your vote may not be counted.

If your ballot is not received on or before 5:00 Pacific Time on June 27, 2023, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

Acceptance or Rejection of the Plan

The undersigned, the holder of a Class [ 6 ] claim against the Debtor in the unpaid amount of One hundred fifty six, Seven hundred... Dollars ($ 156,732 )

[or, if the voter is the holder of an equity interest:

The undersigned, the holder of Class ___ equity interest in the Debtor, consisting of ___ shares or other interests of [describe equity interest] in the Debtor.]

*Check one box only*

☑ **Accepts the plan**

☐ **Rejects the plan**

Dated: 2/18/23

NNV Desel Repair

Print or type name: Gregory Scott

Signature: *(signature)*

Title (if corporation or partnership) CCO

Address: NNV Desel Repair
3117 Wexford Hill CT
North Las Vegas NV 89031

---

**Return this ballot via mail, courier or hand delivery to:**

Candace Carlyon
Carlyon Cica, Chtd.
265 E. Warm Springs Suite 107
Las Vegas, NV 89109

Or by electronic mail with return receipt requested and received to:

ccarlyon@carlyoncica.com with a copy to crobertson@ccarlyon.com.

**Note that in order to ensure that an electronically submitted Ballot be counted, you must receive a return receipt or email acknowledgement of receipt of your ballot on or before the Voting Deadline.**

# EXHIBIT "9"

# EXHIBIT "9"

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re

ATHEN'S INC.,

               Debtor.

Case No. 23-11659-NMC
Chapter 11

**Plan Hearing Date:**  July 11, 2023

**Plan Hearing Time:** 9:30 a.m.

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

**Athen's Inc. along with Grand Canyon Destinations, LLC filed a Joint Plan of Reorganization Dated May 3, 2023 (the "Plan") for the Debtor in this case and the Debtor in case #23-10399-NMC.**

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. You should indicate the class of your claim or equity interest below. If you hold claims or equity interests in more than one class, you may cast a ballot for each class in which you are entitled to vote.  If you do not indicate the class of your claim or equity interest, your vote may not be counted.**

**If your ballot is not received on or before 5:00 Pacific Time on June 27, 2023, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

Acceptance or Rejection of the Plan

The undersigned, the holder of a Class [ 6 ] claim against the Debtor in the unpaid

amount of _____ Dollars ($ 36,638.65 )

[or, if the voter is the holder of an equity interest:

The undersigned, the holder of Class ____ equity interest in the Debtor, consisting of ____ shares or other interests of [describe equity interest] in the Debtor.]

*Check one box only*

☐ **Accepts the plan**

☒ **Rejects the plan**

Dated:       5/18/2023

Print or type name:  Lydia Castellanos

Signature:

Title (if corporation or partnership)  Credit Department Manager

Address:  River City Petroleum Inc.

3775 N. Freeway Blvd. Suite 101

Sacramento, Ca 95834

---

**Return this ballot via mail, courier or hand delivery to:**

Candace Carlyon
Carlyon Cica, Chtd.
265 E. Warm Springs Suite 107
Las Vegas, NV 89109

Or by electronic mail with return receipt requested and received to:

ccarlyon@carlyoncica.com with a copy to crobertson@ccarlyon.com.

**Note that in order to ensure that an electronically submitted Ballot be counted, you must receive a return receipt or email acknowledgement of receipt of your ballot on or before the Voting Deadline.**